# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| RYAN GALLAGHER, ID # 23009432 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0903-S-BH |
| | § | |
| DALLAS COUNTY | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's application to proceed *in forma pauperis* and motion for leave to file this action are **DENIED**. By separate judgment, this action will be dismissed for failure to prosecute or follow court orders.

**SO ORDERED.**

SIGNED August 18, 2023.

UNITED STATES DISTRICT JUDGE